IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AUSTIN DIVISION

| | |
|---|---|
| **DAVID FERNANDEZ,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:21-cv-01001-JRN |
| § | |
| **APARTMENT MANAGING** § | |
| **PROFESSIONALS, LTD,** § | |
| § | |
| *Defendant.* § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff David Fernandez and Defendant Apartment Managing Professionals, LTD announce to the Court that they wish voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs, and request that the Court enter the attached Agreed Order of Dismissal with Prejudice.

Respectfully and jointly submitted,

| | |
|---|---|
| */s/ Sean Short* | */s/ Jheris R. Jordan* |
| Sean Short | Lauren Hope Whiting |
| Ark. Bar No. 2015079 | Texas State Bar. No. 24084091 |
| Sean@sanfordlawfirm.com | Lauren.Whiting@jacksonlewis.com |
| Josh Sanford | Jheris R. Jordan |
| Tex. Bar No. 24077858 | State Bar No. 24097905 |
| josh@sanfordlawfirm.com | Jheris.Jordan@jacksonlewis.com |
| SANFORD LAW FIRM, PLLC | JACKSON LEWIS P.C. |
| Kirkpatrick Plaza | 93 Red River St., Suite 1150 |
| 10800 Financial Centre Pkwy, Suite 510 | Austin, Texas 78701 |
| Little Rock, Arkansas 72211 | Telephone: (512) 362-7100 |
| Telephone: (800) 615-4946 | Facsimile: (512) 362-5574 |
| Facsimile: (888) 787-2040 | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the Agreed Motion to Dismiss with Prejudice was electronically filed with the clerk for the U.S. District Court, Western District of Texas, on August 14, 20 23 and a copy was forwarded via ECF notice to the following attorneys of record:

Sean Short
Josh Sanford
SANFORD LAW FIRM, LLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

                                        */s/ Jheris R. Jordan*_____
                                        Jheris R. Jordan

4890-4424-7415, v. 1