**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DAVID FERNANDEZ,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 1:21-cv-01001-JRN** |
| | § | |
| **APARTMENT MANAGING** | § | |
| **PROFESSIONALS, LTD,** | § | |
| | § | |
| *Defendant.* | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Agreed Motion to Dismiss with Prejudice filed by Plaintiff David Fernandez ("Plaintiff") and Defendant Apartment Managing Professionals, LTD ("Defendant"), is of the opinion that the Motion should be and is hereby GRANTED. Accordingly, without limiting the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims and causes of action against Defendant are hereby DISMISSED WITH PREJUDICE.

IT IS ORDERED, ADJUDGED AND DECREED that all of Defendant's claims and causes of action against Plaintiff are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs and attorneys' fees.

SIGNED this _____ day of _____ 2023.


_____
JUDGE PRESIDING


4857-3083-7105, v. 3